In the Matter of the Application of CARRIE R. SCHROEDER, as General Guardian for PHILIS L. SCHROEDER, Respondent, for a Compulsory Accounting by LORA C. SCHROEDER, as Administratrix of the Estate of EDWIN A. SCHROEDER, Deceased, Appellant.

In the Matter of the Accounting of LORA C. SCHROEDER, as Administratrix of the Estate of EDWIN A. SCHROEDER, Deceased.

*Matter of Schroeder*, 113 App. Div. 204; 114 App. Div. 905, affirmed. (Argued October 2, 1906; decided October 16, 1906.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart ment, entered June 5, 1906, which modified and affirmed as modified an order of the New York County Surrogate's Court made in the above-entitled proceedings.

The following questions were certified : " 1. Is the adminis-tratrix, under the evidence presented to the surrogate, liable to account for the money which she received from the officers of the Schroeder & Arguimbau corporation ?

" 2. Was the surrogate justified in overruling the referee's finding with respect to the moneys paid to the adminis-tratrix by the officers of the Schroeder & Arguimbau corpo-ration, and in finding that the said moneys belonged to and formed a part of the estate of which she is administratrix and in charging her therewith as an asset of the estate ? "

*Charles M. Demond* for appellant.

*Henry De Forest Baldwin* for respondent.

Order affirmed, with costs ; questions certified answered in the affirmative ; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.